Stanley Paul SMITH, Appellant,

v.

Dora SCHRIRO; CMS, Inc.; Vincent Morgan; John Matthews; David Scheer; Steven Moore; Linda Taylor; Donald Webb; Michael Kemna; Michaell Cornell; Sgt. Robert Moore, Appellees.

No. 00–3951.

United States Court of Appeals,
Eighth Circuit.

Submitted May 7, 2001.

Decided May 10, 2001.

Before MORRIS SHEPPARD
ARNOLD, RICHARD S. ARNOLD, and
FAGG, Circuit Judges.

PER CURIAM.

Former Missouri prisoner Stanley Paul Smith appeals from the district court's dismissal of Smith's 42 U.S.C. § 1983 complaint. Having reviewed the record and the parties' briefs, we reject Smith's contention that exhaustion of administrative remedies is not required. *See United States v. Dico, Inc.,* 136 F.3d 572, 575 (8th Cir.1998) (de novo review of dismissal for failure to exhaust administrative remedies). We thus agree with the district court that Smith failed to exhaust available administrative remedies under 42 U.S.C. § 1997e and affirm for the reasons stated

[1]. The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

in the district court order. *See* 8th Cir. R. 47B.

A true copy.